# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| TECHNOLOGY AND ENTREPRENEURIAL VENTURES LAW GROUP, PC, | : | No. 76 WAL 2022 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA STATE POLICE (OFFICE OF OPEN RECORDS), | : | |
| | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 10th day of August, 2022, the Petition for Allowance of Appeal is **DENIED**.